B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Peter C. Boyle**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Bank Of America, N.A. | **Describe Property Securing Debt:** <br> Real Estate located at 33130 Evening Drive, Logan, Ohio. A copy of the Deed with Legal Description is attached. Value based on Auditors value & Debtors estimate. |
|---|---|

Property will be (check one):  
☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt     ☒ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Columbus Metro Credit Union | **Describe Property Securing Debt:** <br> 2013 Ford Truck F-150. Value based on Kelly Blue Book & Debtor estimate |
|---|---|

Property will be (check one):  
☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☒ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☒ Claimed as Exempt     ☐ Not claimed as exempt

---

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Ford Cred** | **Describe Property Securing Debt:**<br>**2012 Ford Escape. Value based on Kelly Blue Book.** |

Property will be (check one):
　■ Surrendered　　　　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　　☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Freedom RD Financial** | **Describe Property Securing Debt:**<br>**2013 Ducati Diavel Carbon Motorcycle. Value based on Kelly Blue Book** |

Property will be (check one):
　■ Surrendered　　　　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　　☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES　　　　☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October  9, 2013**　　　　　　　Signature  **/s/ Peter C. Boyle**
　　　　　　　　　　　　　　　　　　　　　　　　　**Peter C. Boyle**
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor